■ THE PEOPLE OF THE STATE OF NEW YORK v KENT KROEMER, Defendant.—Motion to change venue from Ontario County denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and

impartial trial cannot be had" in Ontario County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. *(See, People v DiPiazza,* 24 NY2d 342; *People v Lafferty,* 144 AD2d 1038; *People v Carlson,* 143 AD2d 542; *People v Simmons,* 132 AD2d 1009; *People v Oakes,* 130 AD2d 980; *People v Rivera,* 130 AD2d 980.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.